**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LUIS ORTIZ,

                Plaintiff,

    -against-                                      22 **CIVIL** 10327 (JHR)

                                                             **JUDGMENT**

U.S. DEPARTMENT OF HOMELAND
SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 22, 2025, the Court dismisses Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction. The Court declines to transfer the petition to the Court of Appeals for the Second Circuit because the petition for review would be untimely. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). See Lebron v. Sanders, 557 F.3d 76, 79 (2d Cir. 2009). Accordingly, the case is closed.

**Dated:**  New York, New York

      October 23, 2025

                                                             **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                                     **BY:**

                                                                  **Deputy Clerk**